**Order entered June 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00671-CV

### IN THE INTEREST OF N.B., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-13-01362-W**

## ORDER

The reporter's record in this termination of parental rights appeal is overdue. By postcard dated May 29, 2015, we notified Court Reporter Marty Grant that the reporter's record was overdue in this case. We directed the court reporter to file the record within ten days and cautioned that any request for an extension must be submitted in writing explaining the extraordinary reasons for the delay. To date, the Court has not received a response.

Accordingly, we **ORDER** Marty Grant, Official Court Reporter for the 304th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; or (2) written verification that appellant has not requested the record.

Because this is a parental termination case, we remind both the trial court and the court reporter that it is the responsibility of the court reporter to prepare, certify, and timely file the reporter's record and that the trial court must direct the court reporter to immediately commence

the preparation of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We notify appellant that if we receive verification that no request for the record has been made, the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea Martin
Presiding Judge of the 304th Judicial District Court

Marty Grant
Official Court Reporter, 304th Judicial District Court

All parties

/s/     ELIZABETH LANG-MIERS
        JUSTICE